IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:20CR187 |
|---|---|
| Plaintiff, | |
| vs. | ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |
| BANY NYUON, | |
| Defendant. | |

The defendant appeared before the Court on May 14, 2021 regarding Petition for Action on Conditions of Pretrial Release [61]. Michael Hansen represented the defendant. Christopher Ferretti represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant denied violating release condition (k). The defendant requested a continuance which was granted. A disposition and revocation and detention hearing is scheduled before Michael D. Nelson in Courtroom 6, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Monday, May 17, 2021 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated this 14th day of May, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge